Dismissed and Memorandum Opinion filed August 26, 2004









Dismissed and Memorandum Opinion filed August 26,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00753-CR

____________

 

MARLIN DORCELL
HAYNES, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
248th District Court

Harris County,
Texas

Trial Court Cause No. 963,735

 



 

M E M O R A N D U M   O P I N I O N

On June 15, 2004, the trial court revoked appellant=s deferred adjudication for the
offense of false statement to obtain credit and sentenced appellant to eight
years= imprisonment.  No motion for new trial was filed.  Appellant=s notice of appeal was not filed
until August 3, 2004.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no action
other than to dismiss the appeal.  Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 26, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).